

# Department of the Treasury
## *Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 06-1710 (RMC) |
|---|---|
| DEFENDANTs: Properties Identified as: 803 Capitol St., Vallejo, CA and 1441 Vaquero Glen, Escondido, CA | TYPE OF PROCESS Verified Complaint & Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

1441 Vaquero Glen, Escondido, California 92026   (defendant)

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| William R. Cowden<br>Judith A. Kidwell<br>Assistant United States Attorneys<br>555 4th Street, N.W., Room 4818<br>Washington, D.C. 20530 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 2 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please post the Complaint, Warrant of Arrest in Rem and Summons to the property.

Signature of Attorney or other Originator requesting service on behalf of: (x) Plaintiff  ( ) Defendant
WILLIAM R. COWDEN

TELEPHONE NO. (202) 307-0258      DATE 10/4/06

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No.___ | District to Serve No.___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

1441 VAQUERO GLEN, ESCONDIDO, CA

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

1441 VAQUERO GLEN
ESCONDIDO, CA

DATE OF SERVICE 10/5/06     TIME OF SERVICE 2:22     ( ) AM (X) PM

SIGNATURE, TITLE AND TREASURY AGENCY
Maria Carrillo, Postal Inspector
U.S. Postal Inspection Service

REMARKS: Posted on Front Door of Residence.

TD F 90-22.48 (6/96)