# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 AND 1441 VAQUERO GLEN ESCONDIDO, CALIFORNIA 92026,

        DEFENDANTS.

_____/

CASE NO.:1:06-CV-01710
JUDGE: ROSEMARY M. COLLYER

**CLAIMANT'S NOTICE OF FILING HER VERIFIED CLAIM TO THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

      Claimant, Deborah Jeane Palfrey, by and through his undersigned counsel – who hereby gives his notice of appearance on her behalf – gives notice of the filing of her verified claim attached hereto.

## CERTIFICATE OF SERVICE

      I hereby certify that (i) a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Judith A. Kidwell, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 19, 2006 and (ii) the original signed claim of Claimant is in the possession of the undersigned and that it is available for review upon request by a party or by the Court.

                              **MONTGOMERY BLAIR SIBLEY**
                              CENTER FOR FORFEITURE LAW
                              50 West Montgomery Avenue, Suite B-4
                              Rockville, MD 20850-4216
                              Voice/Fax:   (202) 478-0371
                              E-mail:      mbsibley@civilforfeiture.com

                              By:   /s/ Montgomery Blair Sibley
                                    Montgomery Blair Sibley
                                    D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

PROPERTIES IDENTIFIED AS:

803 CAPITOL STREET
VALLEJO, CALIFORNIA 94590,

AND

1441 VAQUERO GLEN
ESCONDIDO, CALIFORNIA 92026,

        DEFENDANTS.
_____/

CASE NO.:1:06-CV-01710
JUDGE: ROSEMARY M. COLLYER

**CLAIMANT DEBORAH JEANE PALFREY'S VERIFIED STATEMENT OF INTEREST OR RIGHT**

    Claimant, Deborah Jeane Palfrey, pursuant to the authority of 28 U.S.C. §1746 and under penalty of perjury states:

    Pursuant to 18 U.S.C. §983, I make claim on behalf of myself to (i) the two parcels of real property seized in the above referenced matter and (ii) all personal property described in the attached five (5) page property inventory attached hereto seized therefrom, and in support of such claim avers that I am the owner of such real and personal property. Wherefore, I demand restitution of the above property and my right to defend this action.

    I attest and declare under *penalty of perjury* that my claim to this property is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Date: October 18, 2006              /s/ Deborah Jeane Palfrey
                                               Deborah Jeane Palfrey

**A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. §1001 AND/OR §1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.**

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____1_____

Subject Name: DEBORAH JEAN PALFREY
Subject Address: 803 CAPITOL STREET, VALLEJO, CALIFORNIA
Inspector(s): MARIA CAVILLON

Date: 10/04/06
Floor/Room No.: Rm. 1-B
Case No.: 1140-1389459 MLI (1)

Safe: _____ Cabinet: _____ Credenza: _____ Desk: ✓ Drawer: ✓
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | # A01293460 - Indicia, ID cards, mail, business cards |
| 1 | # A01293461 - Checkbooks + deposit slips (3) |
| 1 | # A01293458 - Indicia |
| 1 | # A01293459 - Deposit records WFB |
| 1 | # A01293457 - Checkbooks (2) |

DISTRIBUTION OF COPIES:
White- *U.S. Magistrate (Return with Warrant)*
Yellow- *Inspector (Attach to PS Form 714)*
Pink- *Subject Searched*
Green- *Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 5 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: DEBORAH JEAN PALFREY        Date: 10/04/06
Subject Address: 803 CAPITOL STREET        Floor/Room No. Rm 1-D
VALLEJO, CALIFORNIA
Inspector(s): MARIA COUILLION         Case No. 1140-1389459 MLI (1)

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ____
Shelf: ____ Table: ____ Wall: ____ Other: Closet

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | # A01293470 - Toshiba Satellite Pro S/N Y73428577 (with ac power adaptor, manual on continuation label) |
| 1 | # A01293493 - One white box containing manual credit card machine and verifone cc machine w/paperwork |
| 1 | # A01293492 - One box labeled Discover containing credit processing information |

DISTRIBUTION OF COPIES: White- *U.S. Magistrate (Return with Warrant)*
Yellow- *Inspector (Attach to PS Form 714)*
Pink- *Subject Searched*
Green- *Evidence Control Officer (Attach to PS Form 714)*

Page 2 of 5 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____1_____

Subject Name: DEBORAH JEAN PALFREY   Date: 10/04/06
Subject Address: 803 Capitol Street, Vallejo, California   Floor/Room No. Rm 1-G
Inspector(s): Maria Cavillon   Case No. 1140-1389459 MLI (1)

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: ✓ Kitchen - Countertop

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | #A01293469 - Phone contact book including appointment schedule |
| 1 | #A01293472 - Identification info (driver's license, passport copies for women in MD, Eraser 11049 CD Rom in Express mailer) |
| 1 | #A01293475 - Tax roll, Strings Park Lake Towers (FL) annual meeting paperwork, Charles Schwab accts, letters, invoice for web banner purchase order for Exotica |
| 1 | #A01293474 - Past due account paperwork with reference to money orders, woman ID and contact information, Park Lake Towers annual notice |
| 1 | #A01293471 - Bank checks, check stubs 2004-2005 |
| 1 | #A01293468 - Appointment book including identification information for women |
| 1 | #A01293467 - 2005 appointment book including notes of sales of stock, real estate contacts + notes |

DISTRIBUTION OF COPIES:  White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page 3 of 5 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____1_____

Subject Name: Deborah Jean Palfrey
Subject Address: 803 Capitol Street, Vallejo, CA
Inspector(s): Maria Couvillon

Date: 10/4/06
Floor/Room No.: Rm. 1-H
Case No.: 1140-1389459 MCI(1)

Safe: ___  Cabinet: ✓  Credenza: ___  Desk: ✓  Drawer: ___
Shelf: ✓  Table: ___  Wall: ___  Other: OFFICE

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | #A0I293473 - Toshiba Satellite 2415-S205 S/n 23121214P (ac adaptor and product info on continuation) |
| 1 | #A0I293480 - DC, Northern VA, MD, TOY mapbooks |
| 1 | #A0I293486 - CD - Web Design, letters, disbursement journal - 199 |
| 1 | #A0I293482 - CD Roms |
| 1 | #A0I293485 - Wells Fargo Bank Stmts 20 Aug 04 - 31 Aug 06, Charles Schwab Stmts 2003 - Aug 2006 |
| 1 | #A0I293479 - Four expandable folders blue, green, red, black containing profiles |
| 1 | #A0I293478 - Appointment books, Binder of notes on men for escort service. |
| 1 | #A0I293476 - Binders of woman's profiles |
| 1 | #A0I293484 - Phone records, bank/mortgage records - Wells Fargo, City Paper Ad - PMA |
| 1 | #A0I293483 - Employee contractor agreements, newsletters |

DISTRIBUTION OF COPIES:  White- *U.S. Magistrate* (Return with Warrant)
Yellow- *Inspector* (Attach to PS Form 714)
Pink- *Subject Searched*
Green- *Evidence Control Officer* (Attach to PS Form 714)

PS Form 8164, October 1993

Page 4 of 5 pages

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: DEBORAH JEAN PALFREY
Subject Address: 803 Capitol Street, Vallejo, CA
Inspector(s): Mario Cauldron (?)

Date: 10/4/06
Floor/Room No.: Rm. B-1
Case No.: 1140-1389459 InI(1)

Safe: ✓   Cabinet: ___   Credenza: ___   Desk: ___   Drawer: ___
Shelf: ___   Table: ___   Wall: ___   Other: ✓ Basement

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | # A0I293496 - 4 file folders relating to ads for Escort Service, 1 file ref. sale of Pamela Martin Business. |
| 1 | # A0I293494 - 7 file folders with newspaper Ad. material for Escort Services. |
| 1 | # A0I293495 - file box marked Internal Revenue + Bank Statements |
| 1 | # A0I293497 - US Liberty $50 gold coins (81) US Liberty $1 Silver coins (350) Canadian $50 Gold coins (61) South African Gold Krugerrands (413) |

DISTRIBUTION OF COPIES:
White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 5 of 5 pages

PS Form 8164, October 1993