UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          PLAINTIFF,

vs.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 AND 1441 VAQUERO GLEN ESCONDIDO, CALIFORNIA 92026,

          DEFENDANTS.

_____/

CASE NO.:1:06-CV-01710
JUDGE: ROSEMARY M. COLLYER

NOTICE OF APPEARANCE

    Notice is hereby given that undersigned counsel appears in this action for Claimant, Deborah Jeane Palfrey. Please address a copy of all pleadings and correspondence to the undersigned.

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon Judith A. Kidwell, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 19, 2006.

**MONTGOMERY BLAIR SIBLEY**
CENTER FOR FORFEITURE LAW
50 West Montgomery Avenue, Suite B-4
Rockville, MD 20850-4216
Voice/Fax:    (202) 478-0371
E-mail:    mbsibley@civilforfeiture.com


By:   /s/ Montgomery Blair Sibley
      Montgomery Blair Sibley
      D.C. Bar #464488