UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 803 CAPITOL STREET, VALLEJO, ) <br> CALIFORNIA 94590 AND 1441 VAQUERO ) <br> GLEN, ESCONDIDO, CALIFORNIA 92026, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 06-1710 (RMC) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, the United States of America, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of approximately three weeks, up to and including November 24, 2006, in which to respond to Claimant's Motion to Strike Verified Complaint. Plaintiff's response would otherwise be due on November 3, 2006. Plaintiff seeks this enlargement because the undersigned Assistant United States Attorney will be out of the office for several days for medical reasons and undergoing surgery on November 6, 2006.

For the reasons cited above, Plaintiff respectfully requests that the enlargement of time to respond to Claimant's motion be granted.

An order granting the relief sought is attached hereto.

                            Respectfully submitted,

                            /s/
                            JEFFREY A. TAYLOR, D.C. Bar # 498610
                            United States Attorney

                            /s/
                            WILLIAM R. COWDEN, D.C. Bar # 426301
                            Assistant United States Attorney

                            /s/
                            JUDITH A. KIDWELL
                            Assistant United States Attorney
                            555 Fourth Street,  N.W., Room 4818
                            Criminal Division, AFU
                            Washington, D.C.  20530
                            (202) 514-7250

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2006, the foregoing was served upon counsel for Claimant, Montgomery Blair Sibley, Esq., via the Court's ECF e-mail. I further certify that the signed original of this motion shall be retained in the official case file.

/s/
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-1710 (RMC) |
| v. ) | |
| ) | |
| 803 CAPITOL STREET, VALLEJO, ) | |
| CALIFORNIA 94590 AND 1441 VAQUERO ) | |
| GLEN, ESCONDIDO, CALIFORNIA 92026, ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of October, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Plaintiff shall have up to an including November 24, 2006, in which to respond to Claimant's motion to strike.


Date _____          _____
                                  UNITED STATES DISTRICT JUDGE