**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 AND 1441 VAQUERO GLEN ESCONDIDO, CALIFORNIA 92026,

        DEFENDANTS.
_____/

CASE NO.:1:06-CV-01710-CKK

**ORDER ON AMENDED MOTION TO RETURN SEIZED PROPERTY AND TO REQUIRE A *BRADY* DISCLOSURE**

    On the motion of Claimant for an Order on Amended Motion to Return Seized Property And To Require A Brady Disclosure

    IT IS ORDERED that the motion is Granted. Plaintiff shall file shall return the seized property to Claimant and disclose all relevant *Brady* material within ___ days fo this Order..

    DONE AND ORDERED in Chambers, Washington, D.C. this ____ day of _____, 2006.

                              By: _____
                                    United States District Judge

Copies to:

Montgomery Blair Sibley
William R. Cowden