UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>803 CAPITOL STREET, VALLEJO )<br>CALIFORNIA 94590, )<br>)<br>1441 VAQUERO GLEN, ESCONDIDO )<br>CALIFORNIA 92026, )<br>)<br>APPROXIMATELY $276,645.97 IN )<br>FUNDS FROM CHARLES SCHWAB )<br>INVESTMENT ACCOUNTS 6884-3181, )<br>6884-3186 AND 6884-3192, AND )<br>$135,442.60 IN STOCKS MAINTAINED )<br>BY CHARLES SCHWAB, ALL HELD IN )<br>THE NAME OF DEBORAH J. PALFREY, )<br>)<br>$11,396.35 IN FUNDS FROM WELLS )<br>FARGO ACCOUNTS 6952-139217 )<br>AND 005-9211417, HELD IN THE )<br>NAME OF DEBORAH J. PALFREY, )<br>)<br>AND )<br>)<br>413 GOLD KRUGERRANDS AND )<br>OTHER GOLD AND SILVER COINS, )<br>)<br>Defendants. )<br>_____ ) | Civil No. 06-1710 (GK)<br>ECF |

## NOTICE OF APPEARANCE

Please enter the appearance of William R. Cowden[1] as counsel for the United States in this action, and withdraw Judith A. Kidwell.

---

[1] On the Court's docket, Mr. Cowden is listed as Government counsel of record. He has not, however, been receiving electronically-filed documents.

Respectfully submitted,

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W., Rm 4824
Washington, DC  20530
202-307-0258

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing Notice of Appearance to be served upon all counsel of record via the Court's ECF system, on this 27th day of November, 2006.

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W., Rm 4824
Washington, DC  20530
202-307-0258