UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 ET AL.,

        DEFENDANTS.
_____/

CASE NO.:1:06-CV-01710-GK

CLAIMANT'S NOTICE OF FILING HER AMENDED VERIFIED CLAIM TO THE AMENDED VERIFIED COMPLAINT FOR FORFEITURE IN REM

    Claimant, Deborah Jeane Palfrey, by and through his undersigned counsel gives notice of the filing of her amended verified claim attached hereto.

CERTIFICATE OF SERVICE

    I hereby certify that (i) a true and accurate copy of the foregoing was served pursuant to LcvR 5.4(d) upon Judith A. Kidwell, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this December 4, 2006 and (ii) the original signed amended claim of Claimant is in the possession of the undersigned and that it is available for review upon request by a party or by the Court.

        **MONTGOMERY BLAIR SIBLEY**
        CENTER FOR FORFEITURE LAW
        50 West Montgomery Avenue, Suite B-4
        Rockville, MD 20850-4216
        Voice/Fax:   (202) 478-0371
        E-mail:   mbsibley@civilforfeiture.com

        By: /s/ Montgomery Blair Sibley
            Montgomery Blair Sibley
            D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | CASE NO.:1:06-CV-01710 |
| | JUDGE: ROSEMARY M. COLLYER |
| VS. | |
| 803 CAPITOL STREET, VALLEJO, CALIFORNIA 94590, ET AL., | CLAIMANT DEBORAH JEANE PALFREY'S AMENDED VERIFIED STATEMENT OF INTEREST OR RIGHT |
| DEFENDANTS. | |
| _____/ | |

Claimant, Deborah Jeane Palfrey, pursuant to the authority of 28 U.S.C. §1746 and under penalty of perjury states:

Pursuant to 18 U.S.C. §983, I make claim on behalf of myself to (i) the two parcels of real property seized in the above referenced matter and (ii) all the funds in the Charles Schwab and Wells Fargo accounts and personal property described in the First Amended Complaint in this matter, and in support of such claim avers that I am the owner of such real and personal property. Wherefore, I demand restitution of the above property and my right to defend this action.

I attest and declare under *penalty of perjury* that my claim to this property is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Date: 12/1/06                                    /s/ Deborah Jeane Palfrey
                                                        Deborah Jeane Palfrey

**A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. §1001 AND/OR §1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.**