**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 ET AL.,

        DEFENDANTS.
_____/

CASE NO.:1:06-CV-01710-GK

**MOTION TO DEEM CLAIMANT'S MOTION FOR RETURN OF SEIZED PROPERTY AS CONCEDED BY PLAINTIFF**

Claimant, Deborah Jeane Palfrey, by and through her undersigned counsel and pursuant to LCvR 7(b) moves that the Court deem that Plaintiff has conceded that the seized property be "immediately" released and returned to her, and for grounds in support state:

Local Civil Rule 7(b) "Opposing Points and Authorities" states "Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. **If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded**."

Here, Claimant's motion for return of property was filed on November 24, 2006. To date – eleven full days since the filing – Plaintiff has failed to serve and file a memorandum in opposition to Claimant's motion.

Given the extreme intrusion of seizing all of Claimant's assets, further delay in the Congressionally-mandated scheme to insure a fair playing field as codified in the Civil Asset Forfeiture Reform Act **mandates** that this Court grant no further quarter to Plaintiff and immediately

return Claimant's seized property to her.

WHEREFORE, Claimant respectfully requests that this Court (i) deem that Plaintiff has conceded that the seized property be "immediately" released to Claimant by failing to respond to Claimant's motion for return of property and (ii) order the immediate return of Claimant's seized property to her.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this December 5, 2006.

> MONTGOMERY BLAIR SIBLEY
> CENTER FOR FORFEITURE LAW
> 50 West Montgomery Avenue, Suite B-4
> Rockville, MD 20850-4216
> Voice/Fax:    (202) 478-0371
> E-mail:       mbsibley@civilforfeiture.com
>
>
> By:  /s/ Montgomery Blair Sibley
>       Montgomery Blair Sibley
>       D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 ET AL.,

    DEFENDANTS.
_____/

CASE NO.:1:06-CV-01710-GK

ORDER ON MOTION TO RETURN SEIZED PROPERTY

On the motion of Claimant for an Order on Amended Motion to Return Seized Property:

IT IS ORDERED that the motion is Granted.  Plaintiff shall immediately return all the seized property in this matter to Claimant.

DONE AND ORDERED in Chambers, Washington, D.C. this ____ day of _____, 2006.

By: _____
    United States District Judge

Copies to:

Montgomery Blair Sibley
William R. Cowden

-1-