UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                        )<br>             Plaintiff,                            )<br>                                                        )<br>     v.                                                )<br>                                                        )<br>803 CAPITOL STREET, VALLEJO     )<br>CALIFORNIA 94590,                        )<br>                                                        )<br>1441 VAQUERO GLEN, ESCONDIDO )<br>CALIFORNIA 92026,                        )<br>                                                        )<br>APPROXIMATELY $276,645.97 IN  )<br>FUNDS FROM CHARLES SCHWAB )<br>INVESTMENT ACCOUNTS6884-3181, )<br>6884-3186 AND 6884-3192, AND       )<br>$135,442.60 IN STOCKS MAINTAINED )<br>BY CHARLES SCHWAB, ALL HELD IN )<br>THE NAME OF DEBORAH J. PALFREY, )<br>                                                        )<br>$11,396.35 IN FUNDS FROM WELLS )<br>FARGO ACCOUNTS 6952-139217       )<br>AND 005-9211417, HELD IN THE       )<br>NAME OF DEBORAH J. PALFREY,   )<br>                                                        )<br>       AND                                         )<br>                                                        )<br>413 GOLD KRUGERRANDS AND      )<br>OTHER GOLD AND SILVER COINS, )<br>                                                        )<br>             Defendants.                         )<br>_____ ) | Civil No. 06-1710 (GK)<br>ECF |

**PLAINTIFF'S OPPOSITION TO CLAIMANT'S
MOTION TO COMPEL DISCOVERY CONFERENCE**

Plaintiff, the United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully opposes claimant's Motion to Compel Discovery Conference. Notwithstanding the fact that claimant has moved to dismiss the Amended Complaint (despite a

wealth of authority rejecting arguments that solicitation for prostitution is constitutionally protected activity), and even though she has not yet filed her Answer (which necessarily will shape the nature and extent of discovery, if any, that will be necessary), claimant asserts that the Federal Rules of Procedure warrant this Court's ordering Government counsel to meet with claimant's counsel now, before the pleadings are settled.  Under Rule 26(b), the scope of discovery is controlled by the claims and defenses.  Neither the parties, nor this Court can determine whether, and if so, how much, discovery will be needed before we know whether any facts are disputed or any defenses exist.

Even if there were some logical basis for meeting before the pleadings were closed, Rule 26(a)(1)(E) of the Federal Rules of Civil Procedure, which went into effect December 1, 2006, exempts forfeiture actions *in rem*, such as this case, from the mandatory initial disclosure requirements that Rule 26(a)(1) imposes on other civil cases.  The Rule 26(f) conference that claimant's counsel demands is inapplicable to "categories of proceedings exempted from initial disclosure under Rule 26(a)(1)(E)."

## CONCLUSION

For the foregoing reasons, the United States respectfully submits that claimant's Motion to Compel a Rule 26(f) conference should be DENIED.

                                        Respectfully submitted,

                                        _/s/_____
                                        JEFFREY A. TAYLOR, DC Bar #498610
                                        United States Attorney

                                        _/s/_____
                                        WILLIAM R. COWDEN, DC Bar # 426301
                                        Assistant United States Attorney

        United States Attorney's Office
        555 Fourth Street, N.W.,
        Washington, DC 20530
        (202) 307-0258

## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing Opposition to be served upon counsel of record via the Court's ECF system, on this 13th day of December 2006.

        /s/
        WILLIAM R. COWDEN, DC Bar #426301
        Assistant United States Attorney
        555 4th St., N.W.
        Washington, DC  20530
        202-307-0258

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 803 CAPITOL STREET, VALLEJO | ) | Civil No. 06-1710 (GK) |
| CALIFORNIA 94590, | ) | ECF |
| | ) | |
| 1441 VAQUERO GLEN, ESCONDIDO | ) | |
| CALIFORNIA 92026, | ) | |
| | ) | |
| APPROXIMATELY $276,645.97 IN | ) | |
| FUNDS FROM CHARLES SCHWAB | ) | |
| INVESTMENT ACCOUNTS 6884-3181, | ) | |
| 6884-3186 AND 6884-3192, AND | ) | |
| $135,442.60 IN STOCKS MAINTAINED | ) | |
| BY CHARLES SCHWAB, ALL HELD IN | ) | |
| THE NAME OF DEBORAH J. PALFREY, | ) | |
| | ) | |
| $11,396.35 IN FUNDS FROM WELLS | ) | |
| FARGO ACCOUNTS 6952-139217 | ) | |
| AND 005-9211417, HELD IN THE | ) | |
| NAME OF DEBORAH J. PALFREY, | ) | |
| | ) | |
|   AND | ) | |
| | ) | |
| 413 GOLD KRUGERRANDS AND | ) | |
| OTHER GOLD AND SILVER COINS, | ) | |
| | ) | |
| **Defendants.** | ) | |

# O R D E R

Upon consideration of the Motion to Compel Discovery Conference, the Opposition thereto, and the entire record herein, it is this _____ day of _____, 2006

HEREBY Ordered that claimant's Motion to Compel is DENIED.

_____
GLADYS KESSLER
United States District Judge