UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 06-1710 (GK) |
| **803 CAPITOL STREET, VALLEJO, CALIFORNIA 94590,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

Claimant Deborah Jeane Palfrey has filed a supplement to her Motion for Return of Property and a Motion to Expedite and Reset the January 17, 2007 hearing. It is clear that Claimant's counsel has a conflicting federal court obligation for the date of January 17, 2007. It would have been far preferable for Claimant's counsel to have been straightforward about that conflict and have requested a resetting of the January 17, 2007 date, rather than bombard the Court, as he has done in all her previous pleadings, with hyperbolic arguments. That type of advocacy is rarely persuasive.

It is this 28th day of December, 2006, hereby

**ORDERED** that the Initial Scheduling Conference set for January 17, 2007 is hereby advanced to **January 10, 2007 at 10:00 a.m.**, in order to accommodate the conflict Claimant's counsel has in another federal court in Florida.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**