UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          PLAINTIFF,

vs.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 ET AL.,

          DEFENDANTS.
_____/

CASE NO.:1:06-CV-01710-GK

CLAIMANT'S THIRD NOTICE OF DEPOSITION
(Change of location only)

    Please take notice that pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, the undersigned will take the depositions upon oral examination of the following people at the following times and place:

1. Dick Morris, Dick Morris Associates, at: US Legal Support Inc,1 Penn Plaza, 34th between 7th & 8th Avenue, Suite 1410, New York, NY, 10119 (212) 227-9490 on **Monday, April 2, 2007 at 10:00 a.m. (212-759-6155 Fax)**

    The deposition (i) will be taken upon oral examination before a Notary Public in and for the District of Columbia, or some other officer duly authorized by law to take depositions, (ii) will continue from day to day until completed, (iv) pursuant to FRCP 30(b)(3) may also be taken by video/audio recording and (iv) is being taken for the purpose of discovery, for use at trial, or both, and for such other purposes as are permitted under the Federal Rules of Civil Procedure and governing federal statutes.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this February 21, 2007.

        **MONTGOMERY BLAIR SIBLEY**
        CENTER FOR FORFEITURE LAW
        50 West Montgomery Avenue, Suite B-4
        Rockville, MD 20850-4216
        Voice/Fax:    (202) 478-0371
        E-mail:    mbsibley@civilforfeiture.com

        By:  /s/ Montgomery Blair Sibley
            Montgomery Blair Sibley
            D.C. Bar #464488