UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 803 CAPITOL STREET, VALLEJO ) | Civil No. 06-1710 (GK) |
| CALIFORNIA 94590, ) | ECF |
| ) | |
| 1441 VAQUERO GLEN, ESCONDIDO ) | |
| CALIFORNIA 92026, ) | |
| ) | |
| APPROXIMATELY $276,645.97 IN ) | |
| FUNDS FROM CHARLES SCHWAB ) | |
| INVESTMENT ACCOUNTS6884-3181, ) | |
| 6884-3186 AND 6884-3192, AND ) | |
| $135,442.60 IN STOCKS MAINTAINED ) | |
| BY CHARLES SCHWAB, ALL HELD IN ) | |
| THE NAME OF DEBORAH J. PALFREY, ) | |
| ) | |
| $11,396.35 IN FUNDS FROM WELLS ) | |
| FARGO ACCOUNTS 6952-139217 ) | |
| AND 005-9211417, HELD IN THE ) | |
| NAME OF DEBORAH J. PALFREY, ) | |
| ) | |
| AND ) | |
| ) | |
| 413 GOLD KRUGERRANDS AND ) | |
| OTHER GOLD AND SILVER COINS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR A STATUS HEARING**

Plaintiff, the United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully files this Motion For A Status Hearing. This Court is currently scheduled to arraign Deborah Jeane Palfrey, on pending criminal charges, on Friday, March 9, 2007, at 10:30 a.m. The Government suggests that the Court should schedule a status hearing in

the related civil forfeiture case to coincide with Ms. Palfrey's arraignment, at which time the parties can discuss with the Court, among other things:  (1) the status of pending motions; and (2) Claimant's criminal defense attorney's position as to the proposed stay of the civil case. Claimant's counsel, Montgomery Blair Sibley, has indicated that he does not oppose the request for a status hearing and that he is available for such a hearing on Friday, March 9, 2007.

Wherefore, the United States respectfully requests that its Motion for a Status Hearing be GRANTED.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_/s/_____
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0258

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Motion for a Status Hearing to be served upon counsel of record via the Court's ECF system, on this 6th day of March 2007.

_/s/_____
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **803 CAPITOL STREET, VALLEJO** ) | Civil No. 06-1710 (GK) |
| **CALIFORNIA 94590,** ) | ECF |
| ) | |
| **1441 VAQUERO GLEN, ESCONDIDO** ) | |
| **CALIFORNIA 92026,** ) | |
| ) | |
| **APPROXIMATELY $276,645.97 IN** ) | |
| **FUNDS FROM CHARLES SCHWAB** ) | |
| **INVESTMENT ACCOUNTS6884-3181,** ) | |
| **6884-3186 AND 6884-3192, AND** ) | |
| **$135,442.60 IN STOCKS MAINTAINED** ) | |
| **BY CHARLES SCHWAB, ALL HELD IN** ) | |
| **THE NAME OF DEBORAH J. PALFREY,** ) | |
| ) | |
| **$11,396.35 IN FUNDS FROM WELLS** ) | |
| **FARGO ACCOUNTS 6952-139217** ) | |
| **AND 005-9211417, HELD IN THE** ) | |
| **NAME OF DEBORAH J. PALFREY,** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **413 GOLD KRUGERRANDS AND** ) | |
| **OTHER GOLD AND SILVER COINS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**O R D E R**

Upon consideration of the Government's Unopposed Motion for a Status Hearing and the entire record herein, the Court ORDERS that the parties shall appear for a status hearing on

Friday, March 9, 2007, at 10:00 a.m.

_____
GLADYS KESSLER
United States District Judge