**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590, ET AL.,

    DEFENDANTS.

_____/

CASE NO.:1:06-CV-01710-GK

**CLAIMANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL THE COURT'S ORDERS STAYING THIS ACTION AND REFUSING TO RULE UPON CLAIMANT'S MOTIONS TO DISMISS, SUPPRESS AND TO RETURN PROPERTY**

    Claimant, Deborah Jeane Palfrey, by and through her undersigned counsel files this, her reply memorandum in support of her motion to certify for interlocutory appeal the Court's Orders Staying This Action and Refusing to Rule Upon Claimant's Motions to Dismiss, Suppress and To Return Property, and for grounds in support thereof states:

    Simply put, the government fails to address – presumably as it has no basis to argue otherwise – Claimant's requests to certify (i) the Court's refusal to comply with 18 U.S.C. §981(g), (ii) the Court's refusal to rule upon Claimant's two motions for return of property under 18 U.S.C. §983(f) "Release Of Seized Property", (iii) Claimant's motion to dismiss and (iv) Claimant's motion to suppress.

    Ignoring completely the Court's statutory violation, the government seeks to denigrate the pre-constitutional and constitutional issues Claimant seeks certification on by this Court hoping perhaps this Court will likewise ignore them.

**CONCLUSION**

    The Court's "minute order" and its refusal to rule on Claimant's pending motions clearly

have "serious, perhaps irreparable" consequences that "can be effectually challenged only by immediate appeal". See *Carson v. American Brands, Inc.*, 450 U.S. 79, 84 (1981).

Given that Claimant has yet to receive an iota of due process from this Court in this matter, Claimant respectfully requests that this Court open its decisions – and lack of decisions – to immediate interlocutory review by certifying the questions as aforesaid.

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this March 29, 2007.

>MONTGOMERY BLAIR SIBLEY
>CENTER FOR FORFEITURE LAW
>50 West Montgomery Avenue, Suite B-4
>Rockville, MD 20850-4216
>Voice/Fax:    (202) 478-0371
>E-mail:    mbsibley@civilforfeiture.com
>
>
>By:   /s/ Montgomery Blair Sibley
>        Montgomery Blair Sibley
>        D.C. Bar #464488