UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590, ET AL.,

    DEFENDANTS.
_____/

CASE NO.:1:06-CV-01710-GK

NOTICES OF CHANGE OF ADDRESS AND VACATION

Undersigned counsel requests that copies of all motions, notices, and other pleadings hereafter filed or served in this cause be furnished to the undersigned at the below address.

Additionally, undersigned counsel will be on vacation June 25, 2007, thought July 5. 2007, and August 8, 2007 through August 16, 2007, and requests that no hearings or depositions be set nor any responses to Court orders, pleadings or discovery be required during those time frames.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this April 19, 2007.

    **MONTGOMERY BLAIR SIBLEY**
    CENTER FOR FORFEITURE LAW
    1629 K Street, Suite 300
    Washington, D.C. 20006
    202-508-3699
    202-478-0371 Fax
    mbsibley@civilforfeiture.com
    www.civilforfeiture.com

    By:  /s/ Montgomery Blair Sibley
        Montgomery Blair Sibley
        D.C. Bar #464488