UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1710 (GK) |
| | : | |
| **803 CAPITOL STREET, VALLEJO, CALIFORNIA 94590,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

The claimant, Deborah Jeane Palfrey, has moved to have the Court certify for interlocutory appeal, pursuant to 28 U.S.C. § 1292(b), its Orders of March 9, 2007, staying this action for six months in order to permit resolution of the related criminal investigation. Upon consideration of the Motion, the Opposition, the Reply, and the applicable case law, the Court concludes that the Motion must be **denied**.


April 26, 2007                                  /s/
                                                _____
                                                Gladys Kessler
                                                United States District Judge

**Copies via ECF to all counsel of record**