UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-1710 (GK) |
| **803 CAPITOL STREET,** *et al.*, | : | |
| Defendants. | : | |

### ORDER

The United States Court of Appeals for the District of Columbia Circuit has referred the Motion of Deborah Jeane Palfrey for Leave to Proceed on Appeal *in forma pauperis* to this Court. Upon consideration of the record in this case and the fact that she is proceeding *in forma pauperis* in the District Court, it is this 30th day of May, 2007, hereby

**ORDERED**, that Ms. Palfrey's Motion for Leave to Proceed *in forma pauperis* is **granted**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**