UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **803 CAPITOL STREET, VALLEJO** ) | Civil No. 06-1710 (GK) |
| **CALIFORNIA 94590,** ) | ECF |
| ) | |
| **1441 VAQUERO GLEN, ESCONDIDO** ) | |
| **CALIFORNIA 92026,** ) | |
| ) | |
| **APPROXIMATELY $276,645.97 IN** ) | |
| **FUNDS FROM CHARLES SCHWAB** ) | |
| **INVESTMENT ACCOUNTS 6884-3181,** ) | |
| **6884-3186 AND 6884-3192, AND** ) | |
| **$135,442.60 IN STOCKS MAINTAINED** ) | |
| **BY CHARLES SCHWAB, ALL HELD IN** ) | |
| **THE NAME OF DEBORAH J. PALFREY,** ) | |
| ) | |
| **$11,396.35 IN FUNDS FROM WELLS** ) | |
| **FARGO ACCOUNTS 6952-139217** ) | |
| **AND 005-9211417, HELD IN THE** ) | |
| **NAME OF DEBORAH J. PALFREY,** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **413 GOLD KRUGERRANDS AND** ) | |
| **OTHER GOLD AND SILVER COINS,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**PLAINTIFF'S MOTION TO EXTEND THE STAY**

Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Motion to Extend the Stay of the instant civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g). The United States Code, Section 981 (g)(1) provides for the stay of a civil forfeiture case when a related criminal

investigation (or case) exists, stating: "Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the Court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case."

After the United States first moved for a stay of this case, the claimant in the civil forfeiture case, Deborah Jeane Palfrey, was indicted for the criminal conduct that supports this civil forfeiture case. That indictment includes a criminal forfeiture allegation. See 07-cr-046 (GK). Trial on the criminal charges and criminal forfeiture allegations set forth in the indictment has been set for April 8, 2008 (or sooner, if possible). For the same reasons set forth in the government's initial request for a stay, see Government's Memorandum of Points and Authorities in Support of the Motion to Stay (Document number 36-2), the United States requests the stay of the instant civil forfeiture proceeding be extended through conclusion of the criminal proceedings. The civil stay should remain in effect because criminal proceedings typically proceed on a faster track, because their outcome will likely determine the outcome of all of the property at issue in this civil forfeiture case (thereby rendering this case moot and the duplication or resources unnecessary), and because no changed circumstances warrant allowing the civil case to proceed simultaneous with the criminal prosecution.[1]

Government counsel contacted claimant's counsel, Montgomery Blair Sibley, to ascertain whether he would oppose the relief requested here and also to ascertain whether claimant's

---

[1] When it issued the stay in this now parallel proceeding, on March 9, 2007, the Court allowed the stay to exist for six months. But, the Court invited the government to request that the stay be extended beyond that time if circumstances so warranted. Recently, claimant's civil attorney indicated that he would seek to compel (through use of civil discovery in this civil case) production of documents, and depositions of potential prosecution witnesses in 07-cr-046.

criminal defense attorney agreed with Mr. Sibley's position (should Mr. Sibley's position be to oppose this request). Mr. Sibley responded that he was opposed to the government's request to extend the stay of the civil forfeiture case. At the same time, however, he expressed the opinion that Mr. Burton's position on subjecting Ms. Palfrey to civil discovery while criminal charges remain pending was "none of your business as that is attorney-client privleged [sic] communications."

Wherefore, the United States respectfully requests that its Motion to Extend the Stay be GRANTED. A proposed order is attached.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_/s/_____
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0258

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing Motion to Stay to be served upon counsel of record in this case via the Court's ECF system (and also, be e-mail, to her counsel of record in 07-cr-046), on this 20th day of September 2007.

_/s/_____
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **803 CAPITOL STREET, VALLEJO CALIFORNIA 94590,** | ) ) | Civil No. 06-1710 (GK) ECF |
| | ) | |
| **1441 VAQUERO GLEN, ESCONDIDO CALIFORNIA 92026,** | ) ) | |
| | ) | |
| **APPROXIMATELY $276,645.97 IN FUNDS FROM CHARLES SCHWAB INVESTMENT ACCOUNTS 6884-3181, 6884-3186 AND 6884-3192, AND $135,442.60 IN STOCKS MAINTAINED BY CHARLES SCHWAB, ALL HELD IN THE NAME OF DEBORAH J. PALFREY,** | ) ) ) ) ) ) ) | |
| | ) | |
| **$11,396.35 IN FUNDS FROM WELLS FARGO ACCOUNTS 6952-139217 AND 005-9211417, HELD IN THE NAME OF DEBORAH J. PALFREY,** | ) ) ) ) | |
| | ) | |
| AND | ) | |
| | ) | |
| **413 GOLD KRUGERRANDS AND OTHER GOLD AND SILVER COINS,** | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**O R D E R**

Upon consideration of the Government's Motion to Stay, the Opposition thereto, and the entire record herein, the Court finds that good cause appears for the stay requested by the government pursuant to 18 U.S.C. § 981(g). The instant civil forfeiture proceeding is stayed

through the conclusion of the criminal proceedings against claimant Deborah Jeane Palfrey in 07-cr-046.

_____                    _____
         Dated                                                               GLADYS KESSLER
                                                                             United States District Judge