UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                    Plaintiff,                      )<br>                                                              )<br>             v.                                           )<br>                                                              )<br>803 CAPITOL STREET, VALLEJO       )<br>CALIFORNIA 94590,                            )<br>                                                              )<br>1441 VAQUERO GLEN, ESCONDIDO )<br>CALIFORNIA 92026,                            )<br>                                                              )<br>APPROXIMATELY $276,645.97 IN    )<br>FUNDS FROM CHARLES SCHWAB   )<br>INVESTMENT ACCOUNTS6884-3181, )<br>6884-3186 AND 6884-3192, AND         )<br>$135,442.60 IN STOCKS MAINTAINED )<br>BY CHARLES SCHWAB, ALL HELD IN )<br>THE NAME OF DEBORAH J. PALFREY, )<br>                                                              )<br>$11,396.35 IN FUNDS FROM WELLS   )<br>FARGO ACCOUNTS 6952-139217        )<br>AND 005-9211417, HELD IN THE         )<br>NAME OF DEBORAH J. PALFREY,     )<br>                                                              )<br>         AND                                            )<br>                                                              )<br>413 GOLD KRUGERRANDS AND       )<br>OTHER GOLD AND SILVER COINS, )<br>                                                              )<br>                    Defendants.                    )<br>_____     ) | Civil No. 06-1710 (GK)<br>ECF |

**PLAINTIFF'S OPPOSITION TO CLAIMANT'S SECOND
MOTION TO COMPEL DISCOVERY RESPONSES**

Plaintiff, the United States of America, by its attorney, the United States Attorney for the

District of Columbia, respectfully Opposes "Claimant's Second Motion to Compel Discovery

Responses." One week before claimant moved to compel responses to discovery that she served

before this case was first stayed, plaintiff filed its second Motion to Stay this case pending the outcome of the related criminal prosecution pending against claimant. For the reasons supporting the government's request for a stay of this case, plaintiff opposes the relief claimant seeks here.

## CONCLUSION

WHEREFORE, the United States respectfully submits that Claimant's motion should be DENIED.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_/s/_____
WILLIAM R. COWDEN, DC Bar # 426301
Assistant United States Attorney
U.S. Attorney's Office, Criminal Division
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0258

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Opposition to be served upon counsel of record via the Court's ECF system, and to the attorney representing claimant in her related criminal case, by electronic-mail, on this  9th  day of October, 2007.

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530
202-307-0258

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 803 CAPITOL STREET, VALLEJO CALIFORNIA 94590, *ET AL.*, | )  Civil No. 06-1710 (GK) <br> )  ECF |
| | ) |
| Defendants. | ) |
| _____ | ) |

**O R D E R**

Upon consideration of "Claimant's Motion to Compel Discovery Responses," the Opposition thereto, and the entire record herein, it is this \_\_\_\_\_ day of _____, 2007

HEREBY Ordered that the motion is DENIED.

_____
GLADYS KESSLER
United States District Judge