UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 AND 1441 VAQUERO GLEN ESCONDIDO, CALIFORNIA 92026,

        DEFENDANTS.

_____/

CASE NO.:1:06-CV-01710-GK

**CLAIMANT'S REPLY TO GOVERNMENT'S OPPOSITION TO CLAIMANT'S SECOND MOTION TO COMPEL**

Claimant, Deborah Jeane Palfrey, by and through her undersigned counsel Replies to the Government's Opposition to Claimant's Second Motion to Compel and states:

The government's opposition to the Claimant's Second Motion to Compel is stated as follows: "For the reasons supporting the government's request for a stay of this case, plaintiff opposes the relief claimant seeks here."  (Gov. Opposition, p. 2).

Accordingly, the resolution of the government's "Motion to Extend the Stay" [D.E. #59] will resolve the issues raised by Claimant's instant motion to compel.  Accordingly, Claimant incorporates by reference the arguments contained in her opposition [D.E. #62] to the government's "Motion to Extend the Stay".

WHEREFORE, Claimant requests an order compelling discovery as aforesaid.

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the served pursuant to LcvR 5.4(d) upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 this October 11, 2007.

                                              **MONTGOMERY BLAIR SIBLEY**
                                              CENTER FOR FORFEITURE LAW
                                              50 West Montgomery Avenue, Suite B-4
                                              Rockville, MD 20850-4216
                                              Voice/Fax:    (202) 478-0371
                                              E-mail:       mbsibley@civilforfeiture.com


                                              By:   /s/ Montgomery Blair Sibley
                                                         Montgomery Blair Sibley
                                                         D.C. Bar #464488