UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES,                 )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No.
                               )   06-1710 (GK)
                               )
803 CAPITOL STREET, et al.,    )
                               )
        Defendant.             )
_____)
```

## O R D E R

This matter is before the Court on Claimant's Motion and Affidavit to Disqualify Judge Kessler [Dkt. No. 61]. Claimant's Motion attaches and incorporates by reference a motion she filed in the related criminal case, United States v. Palfrey, 07-46 (D.D.C. filed March 1, 2007), and contains no additional facts or arguments. On October 10, 2007, the Court issued a Memorandum Order denying the motion to disqualify filed in the criminal case. United States v. Palfrey, No. 07-46 (D.D.C. Oct. 10, 2007) (order denying motion to disqualify). For the reasons stated in that Memorandum Order, it is hereby

**ORDERED** that Claimant's Motion and Affidavit to Disqualify Judge Kessler [Dkt. No. 61] is **denied**.

October 18, 2007

/s/ _____
GLADYS KESSLER
United States District Judge

**Copies to**: **attorneys on record via ECF**