UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
UNITED STATES,                )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No.
                              )   06-1710 (GK)
                              )
803 CAPITOL STREET, et al.,   )
                              )
        Defendant.            )
_____)

**O R D E R**

This matter is before the Court on Claimant's Motion to Dismiss for Outrageous Government Conduct [Dkt. No. 55]. On October 18, 2007, the Court denied Defendant's Motion to Dismiss for Outrageous Government Conduct[1] in the related criminal case, United States v. Palfrey, 07-46 (D.D.C. filed March 1, 2007), which alleged identical underlying facts and raised the same arguments as those raised in the instant Motion.

In its decision on the motion in the criminal case, the Court, assuming arguendo the truth of the facts alleged, found that those facts "are not 'so outrageous that due process principles would absolutely bar the government from invoking judicial processes to obtain a conviction.'"[2]  United States v. Palfrey, No. 07-46 (D.D.C. Oct. 10, 2007), at 4 (quoting United States v. Russell, 411

---

[1] That motion was one of thirteen individual requests included in Defendant's First Omnibus Motion.

[2] For that reason, the evidentiary hearing that Defendant requests in her Motion is not required.

U.S. 423, 431-32 (1973).  For the same reason, those facts do not support dismissal of this civil forfeiture action.[3]  Accordingly, for the reasons stated in the October 10, 2007 Memorandum Order in the related criminal case, it is hereby

**ORDERED** that Claimant's Motion to Dismiss for Outrageous Government Conduct [Dkt. No. 55] is **denied.**

October 25, 2007

/s/
GLADYS KESSLER
United States District Judge

**Copies to**: **attorneys on record via ECF**

---

[3] Furthermore, Claimant fails to cite a single civil case applying Russell to dismiss claims on the basis of outrageous government conduct.