**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 06-1710 (GK) |
| | ) |
| 803 CAPITOL STREET, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**O R D E R**

Upon consideration of the Government's Motion to Stay, the Opposition thereto, and the entire record herein, the Court finds that good cause appears for the stay requested by the Government pursuant to 18 U.S.C. §981(g). The instant civil forfeiture proceeding is stayed through the conclusion of the criminal proceedings against claimant Deborah Jeane Palfrey in 07-cr-046 for the following reasons:

(1)    Resolution of the criminal case will, in all likelihood, be dispositive of the civil case. Such resolution will occur prior to resolution of the civil case; and

(2)    It is clear from events which have transpired, as recounted in the pleadings in this case, that Defendant has attempted to use the Federal Rules of Civil Procedure to obtain discovery which would not be available to her under the Federal Rules of Criminal Procedure and thereby to obtain an impermissible

advantage and to prejudice the Government's position in this
criminal prosecution.


November 5, 2007

_/s/_____
GLADYS KESSLER
United States District Judge


**Copies to**: **attorneys on record via ECF**

-2-