CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>803 CAPITOL STREET, et al. )<br>)<br>)<br>)<br>Defendant ) | Civil Case Number 06-1710 (JR)<br><br>Category    E |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>November 28, 2007</u> from <u>Judge</u>

<u>Gladys Kessler</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kessler</u> & Courtroom Deputy
<u>Judge Robertson</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk