## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1710 (JR) |
| 803 CAPITOL STREET, *et al.*, | : |
| Defendants. | : |

### ORDER

Upon review of the motion to substitute filed by Mr. Sibley, in which the response of the government is recited verbatim, it is **ORDERED** that no further response is required of the government at this time, and it is **FURTHER ORDERED** that the matter is taken under advisement pending further developments.

JAMES ROBERTSON
United States District Judge