UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 803 CAPITOL STREET, VALLEJO ) <br> CALIFORNIA 94590, ) <br> ) <br> 1441 VAQUERO GLEN, ESCONDIDO ) <br> CALIFORNIA 92026, ) <br> ) <br> APPROXIMATELY $276,645.97 IN ) <br> FUNDS FROM CHARLES SCHWAB ) <br> INVESTMENT ACCOUNTS6884-3181, ) <br> 6884-3186 AND 6884-3192, AND ) <br> $135,442.60 IN STOCKS MAINTAINED ) <br> BY CHARLES SCHWAB, ALL HELD IN ) <br> THE NAME OF DEBORAH J. PALFREY, ) <br> ) <br> $11,396.35 IN FUNDS FROM WELLS ) <br> FARGO ACCOUNTS 6952-139217 ) <br> AND 005-9211417, HELD IN THE ) <br> NAME OF DEBORAH J. PALFREY, ) <br> ) <br> AND ) <br> ) <br> 413 GOLD KRUGERRANDS AND ) <br> OTHER GOLD AND SILVER COINS, ) <br> ) <br> Defendants. ) | Civil No. 06-1710 (JR) <br> ECF |

### PLAINTIFF'S NOTICE OF SUSPENSION OF
### ATTORNEY MONTGOMERY BLAIR SIBLEY

Plaintiff, the United States of America, by its attorney, the United States Attorney for the

District of Columbia, respectfully files this notice, pursuant to Local Rule 83.15, to inform the

Court that Montgomery Blair Sibley, who has not formally withdraw from this matter, appears to

have been suspended from the practice of law in the District of Columbia, based on his suspension from the practice of law in the State of Florida. A copy of the Order of the District of Columbia Court of Appeals is attached.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_/s/_____
WILLIAM R. COWDEN, DC Bar # 426301
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.,
Washington, DC 20530
(202) 307-0258

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Notice to be served upon all counsel of record via the Court's ECF system, on this 21st day of May, 2008.

/s/_____
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530
202-307-0258

# District of Columbia
# Court of Appeals

No. 08-BG-372



In the Matter of
MONTGOMERY BLAIR SIBLEY
A Member of the Bar of the
District of Columbia
Court of Appeals
Bar Registration No. 464488

BDN: 408-06

BEFORE: Farrell and Reid, Associate Judges; and Nebeker, Senior Judge.

**ORDER**

On consideration of Bar Counsel's petition for an order suspending respondent from the practice of law in the District of Columbia pursuant to D.C. Bar Rule XI, § 11 (d), based on respondent's suspension by the Supreme Court of Florida; respondent's motion for stay of automatic suspension, Bar Counsel's response, and respondent's reply thereto, it is, accordingly, pursuant to D.C. Bar Rule XI, § 11 (d),

ORDERED that respondent is suspended from the practice of law in the District of Columbia, pending final disposition of this proceeding, effective May 12, 2008, and it is

FURTHER ORDERED that Bar Counsel inform the Board on Professional Responsibility of its position regarding reciprocal discipline within 30 days of the date of this order. Thereafter, respondent shall show cause before the Board on Professional Responsibility, if cause there be, within 10 days why identical, greater or lesser discipline should not be imposed in the District of Columbia. It is

FURTHER ORDERED that the Board on Professional Responsibility is directed to recommend promptly thereafter to this Court whether identical, greater or lesser discipline should be imposed as reciprocal discipline or whether the Board, instead, elects to proceed *de novo* pursuant to D.C. Bar Rule XI, § 11. It is

FURTHER ORDERED that respondent's attention is drawn to the requirement of Rule XI, § 14 relating to suspended attorneys and to the provisions of Rule XI, § 16 (c) dealing with the timing of eligibility for reinstatement as related to compliance with Rule XI, § 14, including the filing of the required affidavit. It is

*A true Copy*
Test:

*Garland Pinkston, Jr.*
*Clerk of the District of Columbia Court of Appeals*

No. 08-BG-372

FURTHER ORDERED that the Clerk shall cause a copy of this order to be directed to the Chair of the Board on Professional Responsibility and transmitted to the respondent. It is

FURTHER ORDERED that Bar Counsel advise the Court if the matter is concluded without the necessity of further court action.

PER CURIAM.

Copies to:

Montgomery Blair Sibley
50 West Montgomery Avenue, Suite B-4
Rockville, MD 20850-4216

Charles J. Willoughby, Esquire
Chair, Board on Professional Responsibility
409 E Street, N.W., Suite 208
Washington, D.C. 20001

Wallace E. Shipp, Jr., Esquire
Bar Counsel, Office of Bar Counsel
515 5th Street, N.W., Suite 117
Washington, D.C. 20001

emb