UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>803 CAPITOL STREET, VALLEJO )<br>CALIFORNIA 94590, et al., )<br>)<br>Defendants. )<br>) | Civil No. 06-1710 (JR) |

## MOTION TO SUBSTITUTE COUNSEL

Blanche Palfrey, as the presumptive Executor for the Estate of Deborah Jeane Palfrey, respectfully moves this Court to substitute Preston Burton, Esquire, for Montgomery Blair Sibley, Esquire, as counsel in the above-captioned matter. Papers establishing Blanche Palfrey as the Executor for the Estate of Deborah Jeane Palfrey have been filed with the appropriate probate court in California. The executorship of Blanche Palfrey is expected to be uncontested and granted, particularly in light of the fact that Deborah Jeane Palfrey died intestate and Blanche Palfrey is her next of kin. Undersigned counsel will notify the Court and the parties when the probate papers are approved.

The request to substitute Counsel in this action will not prejudice the parties. As this Court is aware, Mr. Burton was Counsel to Deborah Jeane Palfrey during her criminal trial and he is knowledgeable of the facts on which this civil action is based. Additionally, no trial date has been set. Blanche Palfrey does not request a hearing on this motion. Counsel has left messages with Mr. Sibley and the government informing them of Blanche Palfrey's wishes.

                                          Respectfully submitted,

Dated: June 9, 2008

                                          /s/_____
                                          Preston Burton
                                          DC Bar No. 429378
                                          Orrick, Herrington & Sutcliffe LLP
                                          1152 15th Street, NW
                                          Washington, DC 20005
                                          Telephone: 202-339-8400
                                          Fax: 202-339-8500

I ask for this:

*Blanche Palfrey*
Blanche Palfrey

Dated: June 10, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil No. 06-1710 (JR) |
| **803 CAPITOL STREET, VALLEJO CALIFORNIA  94590, et al.,** | ) ) ) ) | |

# ORDER

This matter is before the Court upon the motion of Ms. Blanche Palfrey, the presumptive Executor for the Estate of Deborah Jeane Palfrey, to allow the substitution of Preston Burton, Esq., as counsel of record in the above-referenced matter; and it appearing that it is just and proper to do so,

**IT IS HEREBY ORDERED** this ____ day of ____ 2008, that Ms. Palfrey's motion is GRANTED and Preston Burton is substituted as counsel of record in the above-referenced matter and Montgomery Blair Sibley, Esquire, shall be withdrawn as counsel of record in this matter.

 

The Honorable James Robertson
United States District Judge

cc:   Counsel of record