UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>803 CAPITOL STREET, VALLEJO )<br>CALIFORNIA 94590, *et al.*, )<br>)<br>Defendants. )<br>) | Civil No. 06-1710 (JR) |

## NOTICE OF APPEARANCE

Please enter the appearance of Preston Burton as counsel for Blanche Palfrey both in her individual capacity and as the presumptive Executor of the Estate of Deborah Jeane Palfrey, petitioners in this matter.

Respectfully submitted,

Dated: June 9, 2008

/s/_____
Preston Burton
DC Bar No. 429378
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: 202-339-8400
Fax: 202-339-8500