UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 803 CAPITOL STREET, VALLEJO ) <br> CALIFORNIA  94590, et al., ) <br> ) <br> ) | Civil No. 06-1710 (JR) <br><br> **FILED** <br> JUN 1 3 2008 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**ORDER**

This matter is before the Court upon the motion of Ms. Blanche Palfrey, the presumptive Executor for the Estate of Deborah Jeane Palfrey, to allow the substitution of Preston Burton, Esq., as counsel of record in the above-referenced matter; and it appearing that it is just and proper to do so,

**IT IS HEREBY ORDERED** this 13th day of June 2008, that Ms. Palfrey's motion is GRANTED and Preston Burton is substituted as counsel of record in the above-referenced matter and Montgomery Blair Sibley, Esquire, shall be withdrawn as counsel of record in this matter.

_____
 James Robertson
United States District Judge

cc:   Counsel of record