**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) **Civil No. 06-1710 (JR)** |
|  | ) |
| **803 CAPITOL STREET, VALLEJO** | ) |
| **CALIFORNIA  94590,** *et al.,* | ) |
|  | ) |
| **Defendants.** | ) |

_____)

**NOTICE OF BLANCHE PALFREY'S APPOINTMENT AS ADMINISTRATOR**
**OF THE ESTATE OF DEBORAH JEANE PALFREY**

Blanche Palfrey, through the undersigned counsel for both her and for the Estate of

Deborah Jeane Palfrey, respectfully files this notice to inform the Court that Blanche Palfrey was

formally appointed as Administrator of the estate of Deborah Jeane Palfrey by the Superior Court

of California, Solano County, on July 11, 2008.  A copy of the Letter of Administration is

attached.  Undersigned counsel respectfully suggests the Court set a status hearing after

September 1, 2008 so that the parties may pursue informal in discussions that may sharpen the

issues before the Court.

Respectfully submitted,

Dated:  July 22, 2008                                _____/s/_____

Preston Burton
DC Bar No. 429378
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: 202-339-8400
Fax: 202-339-8500

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Notice to be served upon counsel of record via the

Court's ECF system, on this 22 date of July, 2008.

_____/s/_____
Preston Burton
DC Bar No. 429378
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: 202-339-8400
Fax: 202-339-8500

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

TELEPHONE AND FAX NOS.: (415) 392-1960    (415) 392-0827

— SIDEMAN & BANCROFT LLP
HILARY C. PIERCE (SBN 209136)
One Embarcadero Center, Eighth Floor
San Francisco, California  94111

ATTORNEY FOR (Name): Blanche E. Palfrey, Administrator

**FOR COURT USE ONLY**

ENDORSED FILED
Clerk of the Superior Court

JUL 11 2008

S. P. MORA

By_____
DEPUTY CLERK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SOLANO

STREET ADDRESS: 321 Tuolumne Street
MAILING ADDRESS:
CITY AND ZIP CODE: Vallejo  94590
BRANCH NAME: Vallejo

ESTATE OF (Name): DEBORAH JEANE PALFREY,
also known as Deborah J. Palfrey

DECEDENT

**LETTERS**

| ☐ TESTAMENTARY | ☒ OF ADMINISTRATION |
|---|---|
| ☐ OF ADMINISTRATION WITH WILL ANNEXED | ☐ SPECIAL ADMINISTRATION |

CASE NUMBER: P43192

---

**LETTERS**

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):

   a. ☐ executor.
   b. ☐ administrator with will annexed.

2. ☒ The court appoints (name):
   BLANCHE E. PALFREY
   a. ☒ administrator of the decedent's estate.
   b. ☐ special administrator of decedent's estate
      (1) ☐ with the special powers specified in the Order for Probate.
      (2) ☐ with the powers of a general administrator.
      (3) ☐ letters will expire on (date):

3. ☒ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act  ☒ with full authority
   ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)

Date: JUL 11 2008

Clerk, by

S. P. MORA
(DEPUTY)

**AFFIRMATION**

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. ☒ INDIVIDUAL: **I solemnly affirm** that I will perform the duties of personal representative according to law.

3. ☐ INSTITUTIONAL FIDUCIARY (name):

   **I solemnly affirm** that the institution will perform the duties of personal representative according to law.
   I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date): June 11, 2008
   at (place): Tarpon Springs

   Florida
   , ~~California~~

   *Blanche E. Palfrey*
   ▶ _____
   (SIGNATURE)
   Blanche E. Palfrey

**CERTIFICATION**

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL) 

Date: JUL 11 2008

Clerk, by

_____
(DEPUTY)

---

Form Approved by the
Judicial Council of California
DE-150 [Rev. January 1, 1998]
Mandatory Use [1/1/2000]

**LETTERS**
(Probate)

Legal
Solutions™
⊕ Plus

Probate Code, §§ 1001, 8403,
8405, 8544, 8545;
Code of Civil Procedure, § 2015.6