UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 ET AL.,

    DEFENDANTS.

CASE NO.:1:06-CV-01710-JR

NOTICE OF CHARGING LIEN BY MONTGOMERY BLAIR SIBLEY

Montgomery Blair Sibley hereby gives notice of his charging lien in this matter against any claims or causes of action and on any sum recovered by way of settlement and on any judgment in this matter by Claimant and/or her successor-in-interest.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served by U.S. First Class mail upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 and Preston Burton, Columbia Center, 1152 15th Street, N.W., Washington, D.C. 20005-1706 this July 15, 2008.

MONTGOMERY BLAIR SIBLEY
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By: _____
Montgomery Blair Sibley
D.C. Bar #464488

RECEIVED
JUL 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT