**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1710 (JR) |
| 803 CAPITOL STREET, *et al.*, | : |
| Defendants. | : |

**ORDER**

Upon consideration of the notice of Blanche Palfrey's appointment as administrator of the Estate of Deborah Jeane Palfrey, the stay imposed by this Court on 6/17/08 is **lifted** and a status conference is set for **9/4/08 at 3:00 p.m.** It is **SO ORDERED.**

 JAMES ROBERTSON
 United States District Judge