UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 ET AL.,

    DEFENDANTS.
_____/

CASE NO.:1:06-CV-01710-JR

MONTGOMERY BLAIR SIBLEY'S MOTION FOR CM/ECF REGISTRATION AS AN INTERESTED PARTY AND FOR CM/ECF FILING AND NOTICE PRIVILEGES

Plaintiff, Montgomery Blair Sibley ("Sibley"), in *proper per*, respectfully moves this Court for an order (i) directing the Clerk of Court to list him as an "interested party" in this matter on the docket and thereafter provide filing access on the Court's CM/ECF system so that he may file pleadings and timely receive orders and notices from the Court, and states as follows:

On July 15, 2008, Sibley served his "Notice of Charging Lien" in this matter for fees owed to him by Jeane Palfrey under both common law and contractual grounds. As such, this Court is obligated to resolve that lien <u>before</u> finally resolving the pending matter or approving any settlement. *Accord: Elam v. Monarch Life Ins. Co.*, 598 A.2d 1167, 1168 (D.C. 1991) (en banc) (concluding that under the circumstances presented in that case, an attorney's charging lien was created); *Lyman v. Campbell*, 182 F.2d 700, 702 (1950)("The charging lien at common law was applicable to a judgment or decree obtained for a client by an attorney; it was not strictly a possessory lien, but was 'merely a claim to the equitable interference by the court to have that judgment held as security for his debt (the attorney's charges against the client).' *Barker v. St. Quintin*, 12 M.& W. 441 (1844)".)

Accordingly, Sibley has an equitable interest in this matter and as such should stand on equal footing with every other party to this matter. Otherwise, Sibley will be forced to check the docket

**RECEIVED**

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

sheet in this matter to be apprised of daily developments that affect his charging lien.

WHEREFORE, Sibley respectfully request that the Court enter its order (i) directing the Clerk of Court to list him as an "interested party" in this matter on the docket and thereafter provide filing access on the Court's CM/ECF system so that he may file pleadings and timely receive orders and notices from the Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served by U.S. First Class mail upon William R. Cowden, Assistant United States Attorney, Criminal Division, Asset Forfeiture Unit, 555 4th St., N.W., Room 4818, Washington, D.C. 20530 and Preston Burton, Columbia Center, 1152 15th Street, N.W., Washington, D.C. 20005-1706 this July 22, 2008.

> MONTGOMERY BLAIR SIBLEY
> 1629 K Street, Suite 300
> Washington, D.C. 20006
> 202-508-3699
> 202-478-0371 Fax
>
> By:_____
> Montgomery Blair Sibley
> D.C. Bar #464488

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          PLAINTIFF,

VS.

803 CAPITOL STREET VALLEJO, CALIFORNIA 94590 ET AL.,

          DEFENDANTS.

_____/

CASE NO.:1:06-CV-01710-JR

ORDER ON MONTGOMERY BLAIR SIBLEY'S MOTION FOR CM/ECF REGISTRATION AS AN INTERESTED PARTY AND FOR CM/ECF FILING AND NOTICE PRIVILEGES

Upon consideration of Montgomery Blair Sibley's Motion for CM/ECF Registration as an Interested Party and for CM/ECF Filing and Notice Privileges, it is:

ORDERED that, the motion is granted. The Clerk of Court is directed to list Montgomery Blair Sibley as an "interested party" in this matter on the docket and thereafter provide filing access on the Court's CM/ECF system in this case so that he may file pleadings and timely receive orders and notices from the Court.

DATED: July ___, 2008

                                                THE HONORABLE JAMES ROBERTSON
                                                UNITED STATES DISTRICT JUDGE

Copies:      Counsel of Record