UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1710 (JR) |
| 803 CAPITOL STREET, *et al.*, | : |
| Defendants. | : |

### ORDER

Mr. Sibley's "motion" [#84] must be and is **denied** as a formal matter, because he is not a "party" to this proceeding within the meaning assigned that term by the Federal Rules of Civil Procedure, but he will be designated as an "interested party" for CM/ECF purposes, and, as he still has a login and password for CM/ECF, such designation will ensure that he receives notice of all future filings in this case. It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge