# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 07-5143** | **September Term, 2007** |
| | 06cv01710 |
| | Filed On: March 17, 2008 |

United States of America,
   Appellee

v.

803 Capitol Street, Vallejo, California 94590, et al.,
   Appellees

Deborah Jeane Palfrey,
   Appellant

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
     ___ Opinion
     ___ Order on Costs

**BEFORE:**   Randolph, Tatel, and Garland, Circuit Judges

## ORDER

Upon consideration of the motion to dismiss for lack of jurisdiction and the response thereto, and appellant's principal brief, it is

**ORDERED** that the motion to dismiss be granted. Of the two interlocutory orders identified in the notice of appeal, the order filed March 9, 2007, is dismissed as moot, because it expired by its terms on or about September 9, 2007. The appeal from the order filed April 26, 2007, from the denial of a motion to certify the appeal under 28 U.S.C. § 1292(b), is also dismissed, because that order is not immediately appealable under any of the exceptions to the final judgment rule. See Swint v. Chambers County Commission, 514 U.S. 35 (1995); Kilburn v. Socialist People's Libyan Arab Jamahiriya, 376 F.3d 1123, 1133 (D.C. Cir. 2004); In re England, 375 F.3d 1169, 1182 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk