**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 06-1710 (JR) |
| 803 CAPITOL STREET, *et al.*, : | |
| Defendants. : | |

### ORDER

Because Mr. Sibley has an interest in the subject matter of this case but no longer has an active CM/ECF login and password, the Clerk and the parties are directed to provide service to him by other means.  It is **SO ORDERED.**


                                    JAMES ROBERTSON
                          United States District Judge